IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN KENNETH REED | * | |
| Appellant, | * | |
| v. | * | Civil Case No:    RDB-14-0175 |
| DEBORAH A. REED | * | Bankruptcy No:    12-21819 |
| Appellee. | * | Adversary Proceeding:  12-00629 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

Presently pending in this Appeal from the U.S. Bankruptcy Court is the Motion to Stay Pending Appeal filed by the Appellant (ECF#4).  The Appellant Steven K. Reed filed the same motion in the Bankruptcy Court which is essentially identical to that presently pending before this Court.  The Appellant has failed to establish any basis for the granting of such a stay.  *See Colver v. Boozer* 285, B.R. 163, 166, (D.Md. 2002).  Accordingly, upon consideration of the Motion to Stay Pending Appeal (ECF#4), and the opposition having been filed thereto;

IT IS HEREBY ORDERED this 18th day of June, 2014 that said motion is DENIED.

/s/
Richard D. Bennett
United States District Judge